

# Notice of Service of Process

null / ALL
Transmittal Number: 16796726
Date Processed: 06/22/2017

| | |
|---|---|
| Primary Contact: | Alexandra Anable<br>Family Dollar Stores, Inc.<br>10401 Monroe Road<br>Matthews, NC 28105-5349 |
| Electronic copy provided to: | Patti Ferry<br>Stephanie Zedek<br>Cynthia Bertucci |
| Entity: | Family Dollar Stores Of Massachusetts, LLC<br>Entity ID Number 3697590 |
| Entity Served: | Family Dollar Stores of Massachusetts, LLC. |
| Title of Action: | Ramona Santiago vs. Family Dollar Stores of Massachusetts, LLC. |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Personal Injury |
| Court/Agency: | Middlesex County Superior Court, Massachusetts |
| Case/Reference No: | 1718CV01529 |
| Jurisdiction Served: | Massachusetts |
| Date Served on CSC: | 06/21/2017 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | CSC |
| How Served: | Personal Service |
| Sender Information: | Richard A. Lalime<br>978-452-4600 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
2711 Centerville Road Wilmington, DE 19808 (888) 690-2882 | sop@cscglobal.com

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 1781CV01529

RAMONA SANTIAGO, Plaintiff(s)

v.

FAMILY DOLLAR STORES OF MASSACHUSETTS, LLC., Defendant(s)

## SUMMONS

To the above-named Defendant: Family Dollar Stores of Massachusetts, LLC.

You are hereby summoned and required to serve upon Richard A. Lalime, Law Offices of Richard A. Lalime, plaintiff's attorney, whose address is 144 Merrimack Street STE 444, Lowell, MA 01852, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Lowell either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esquire, at Lowell the 19th day of MAY, in the year of our Lord two thousand seventeen.

A true copy Attest:
Deputy Sheriff Suffolk County

_____
Clerk

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ..........................................................................................................
20........., I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

..................................................................................................................................................
..................................................................................................................................................
..................................................................................................................................................
..................................................................................................................................................

Dated: .........................................................................................................., 20..........

**N.B. TO PROCESS SERVER:**
   PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX
   ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

( _____ )
( .............................................., 20.......... )
( _____ )

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX......, ss.

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
CIVIL ACTION
No. 1781CV01529

RAMONA SANTIAGO ................, Plff.

v.

FAMILY DOLLAR STORES OF MASSACHUSETTS, LLC. ................, Deft.

SUMMONS
(Mass. R. Civ. P. 4)

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                        SUPERIOR COURT DEPARTMENT
                                                      CIVIL ACTION NO.:

RAMONA SANTIAGO,            )
      Plaintiff             )
                            )
v.                          )           COMPLAINT
                            )
FAMILY DOLLAR STORES        )
OF MASSACHUSETTS, LLC.      )
      Defendant             )

## THE PARTIES

1. Plaintiff, Ramona Santiago, is an individual residing at 927 Dekalb Avenue, Brooklyn, New York.

2. Defendant, Family Dollar Stores of Massachusetts, LLC. is a limited liability corporation, with a principal place of business at 500 Volvo Parkway, Chesapeake, Virginia.

## COUNT I

3. Plaintiff realleges paragraphs one and two and by reference makes them part of this count.

4. On or about June 3, 2014, Plaintiff, Ramona Santiago, was lawfully on the premises located at 125 Church Street, Lowell, Middlesex County, Massachusetts, exercising due care for her own safety.

5. At all relevant times hereto, Family Dollar Stores of Massachusetts, LLC. was the property owner and/or in control of the premises located at 125 Church Street, Lowell, Middlesex County, Massachusetts.

6. Defendant, Family Dollar Stores of Massachusetts, LLC. had a duty to ensure that said premises were maintained in a safe and reasonable manner.

7. Defendant, Family Dollar Stores of Massachusetts, LLC. breached said duty in that an unsafe and dangerous condition was permitted to exist, to wit: a slippery gel like substance on the floor, left unmarked and untreated; posing a threat to the health and safety of persons on the premises.

8. Defendant, Family Dollar Stores of Massachusetts, LLC. knew or should have known of the above-described dangerous condition and failed to warn the Plaintiff of said dangerous condition.

9. As a direct result of the aforementioned breach on the part of the Defendant, Plaintiff, Ramona Santiago was caused to slip and fall.

10. As a result of said slip and fall, Plaintiff, Ramona Santiago was severely injured, suffered great pain of body and mind, and incurred reasonable and necessary medical expenses for subsequent medical care and treatment.

WHEREFORE, Plaintiff, Ramona Santiago, demands judgment against the Defendant, Family Dollar Stores of Massachusetts, LLC. for damages plus interest and costs of this action.

PLAINTIFF DEMANDS A TRIAL BY JURY!

Respectfully submitted,
Plaintiff,
By Her Attorney,

Date:_____

Richard A. Lalime
B.B.O. #: 283620
lalimelaw@aol.com
Law Offices of Richard A. Lalime
144 Merrimack Street, Suite 444
Lowell, Massachusetts 01852
(978) 452-4600

| CIVIL ACTION COVER SHEET | DOCKET NUMBER | Trial Court of Massachusetts The Superior Court |
|---|---|---|

| PLAINTIFF(S): RAMONA SANTIAGO | COUNTY: Middlesex |
|---|---|
| ADDRESS: 927 Dekalb Avenue Brooklyn, New York 11221 | DEFENDANT(S): FAMILY DOLLAR STORES OF MASSACHUSETTS, LLC. |
| ATTORNEY: Richard A. Lalime, Esq. | |
| ADDRESS: Law Offices of Richard A. Lalime 144 Merrimack Street, STE 444 Lowell, Massachusetts 01852 | ADDRESS: 500 Volvo Parkway Chesapeake, Virginia 23320 |
| BBO 283620 | |

### TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B20 | Personal Injury - Slip and Fall | F | ☒ YES   ☐ NO |

*If "Other" please describe:

### STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

**TORT CLAIMS**
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ................................................................. $ 63,477.50
2. Total doctor expenses ................................................................... $ 23,296.00
3. Total chiropractic expenses ........................................................... $
4. Total physical therapy expenses ................................................... $ 15,798.14
5. Total other expenses (describe below) .......................................... $
AMBULANCE, X-RAYS, MRIs, HOME HEALTH AIDE                    Subtotal (A): $ 152,787.42

B. Documented lost wages and compensation to date ..................... $
C. Documented property damages to dated ..................................... $
D. Reasonably anticipated future medical and hospital expenses ..... $
E. Reasonably anticipated lost wages .............................................. $
F. Other documented items of damages (describe below) ................ $

G. Briefly describe plaintiff's injury, including the nature and extent of injury:
Plaintiff sustained injuries to her left knee, right elbow, left ankle - requiring walking boot, neck and right shoulder - requiring reversed shoulder replacement.

TOTAL (A-F):$ 225,359.06

**CONTRACT CLAIMS**
(attach additional sheets as necessary)

Provide a detailed description of claims(s):

TOTAL: $

Signature of Attorney/Pro Se Plaintiff: X                                                                 Date:

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

### CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X                                                                         Date:

| CIVIL TRACKING ORDER<br>(STANDING ORDER 1-88) | DOCKET NUMBER<br>1781CV01529 | Trial Court of Massachusetts<br>The Superior Court |
|---|---|---|
| CASE NAME:<br>Ramona Santiago vs. Family Dollar Stores Of Massachusetts, LLC | | Michael A. Sullivan, Clerk of Court<br>Middlesex County |
| TO: Richard A Lalime, Esq.<br>Law Offices of Richard A. Lalime<br>144 Merrimack St<br>Suite 444<br>Lowell, MA 01852 | | COURT NAME & ADDRESS<br>Middlesex Superior - Lowell<br>360 Gorham Street<br>Lowell, MA 01852 |

## TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

### STAGES OF LITIGATION                                    DEADLINE

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 08/17/2017 | |
| Response to the complaint filed (also see MRCP 12) | | 09/18/2017 | |
| All motions under MRCP 12, 19, and 20 | 09/18/2017 | 10/16/2017 | 11/15/2017 |
| All motions under MRCP 15 | 09/18/2017 | 10/16/2017 | 11/15/2017 |
| All discovery requests **and depositions** served and non-expert despositions completed | 03/15/2018 | | |
| All motions under MRCP 56 | 04/17/2018 | 05/14/2018 | |
| Final pre-trial conference held and/or firm trial date set | | | 09/11/2018 |
| Case shall be resolved and judgment shall issue by | | | 05/20/2019 |

The final pre-trial deadline is <u>not the scheduled date of the conference</u>. You will be notified of that date at a later time.

Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

This case is assigned to

| DATE ISSUED | ASSISTANT CLERK | PHONE |
|---|---|---|
| 05/19/2017 | Michael M Brennan | (978)453-0201 |

TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: —
TORT — MOTOR VEHICLE TORT — CONTRACT —
EQUITABLE RELIEF — OTHER

# COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

SUPERIOR COURT
DEPARTMENT
OF THE
TRIAL COURT
CIVIL ACTION
No. 1781CV01529

RAMONA SANTIAGO, Plaintiff(s)

v.

FAMILY DOLLAR STORES OF MASSACHUSETTS, LLC., Defendant(s)

## SUMMONS

To the above-named Defendant: Family Dollar Stores of Massachusetts, LLC.

You are hereby summoned and required to serve upon Richard A. Lalime, Law Offices of Richard A. Lalime plaintiff's attorney, whose address is 144 Merrimack Street STE 444, Lowell, MA 01852, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Lowell either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Judith Fabricant, Esquire, at Lowell the 19th day of May, in the year of our Lord two thousand seventeen.

[signature], Clerk

NOTICE TO DEFENDANT — You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office.

NOTES.
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to the particular defendant.

FORM NO. SUP. — 001

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ...................................................................................................
20........., I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5)):

..............................................................................................................................................................
..............................................................................................................................................................
..............................................................................................................................................................
..............................................................................................................................................................

Dated: ................................................................................................................, 20..........

### N.B. TO PROCESS SERVER:
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

( _____ )
( ..........................................., 20.......... )
( _____ )

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX......, ss.

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT CIVIL ACTION No. 1781CV01529

RAMONA SANTIAGO ........................, Plff.

v.

FAMILY DOLLAR STORES OF MASSACHUSETTS, LLC. ........................, Deft.

SUMMONS
(Mass. R. Civ. P. 4)